**Carol L. Gray PIZZUTO; Greg P. Givens; Dennis A. Givens Plaintiffs–Appellants,**

v.

**James P. MAZZONE, Honorable; Scott R. Smith, State Prosecutor, Defendants–Appellees.**

No. 13–1760.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Carol L. Pizzuto, Greg Givens, Dennis A. Givens, Appellants Pro Se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Pizzuto v. Mazzone*, No. 5:13–cv–00067–JPB–JES (N.D.W. Va. June 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*